IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBIN ELLIS,

    Plaintiff,

vs.

COMPASSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:15-cv-137

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 8, 2016 (Doc. #10) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. The Commissioner's motion for remand (doc. 8) is **GRANTED IN PART DENIED IN PART** and this matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for an immediate award of benefits; and

4. This case is terminated on the docket of this Court.

Date: 2.26.16

WALTER H. RICE
UNITED STATES DISTRICT JUDGE